**SAO**
RICHARD A HARRIS, ESQ.
Nevada Bar No.: 505
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Charlie@RichardHarrisLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADELLA DELISLE, individually.<br><br>Plaintiff,<br><br>vs.<br><br>RASIER, LLC., a foreign limited-liability company; DOE DRIVER, an individual DOES 1 through 100; and ROE CORPORATIONS 101 through 200;<br><br>Defendants. | CASE NO.:   2:20-cv-00933-JAD-VCF<br><br>**STIPULATION AND ORDER TO REMAND**<br><br>ECF Nos. 16, 19 |

Plaintiff, ADELLA DELISLE, and Defendant RASIER, LLC, by and through their respective counsel, hereby stipulate and agree, the matter styled DeLisle v. Rasier, LLC., et al., Case No. 2:20-cv-00933-JAD-VCF, shall be remanded to the Eighth Judicial District Court, as the Court no longer maintains subject-matter jurisdiction over the above-referenced action.  Each Party shall bear their own fees, costs, and expenses.  This Remand also renders Plaintiff's Motion to Remand (Dkt. #16), filed on December 4, 2020 Moot.

///

///

DATED this 18th day of December 2020

DATED this 18th day of December 2020

RICHARD HARRIS LAW FIRM

WOOD, SMITH, HENNING, & BERMAN, LLP

*/s/ Charles S. Jackson*
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

*/s/ANALISE N.M. TILTON, ESQ.*
JANICE MICHAELS, ESQ.
Nevada Bar No. 6062
ANALISE N. M. TILTON, ESQ.
Nevada Bar No. 13185
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128
*Attorneys for Defendants*

### ORDER

Based on the parties' stipulation [ECF No. 19] and the court's determination that it lacks subject-matter jurisdiction over this removed action, IT IS HEREBY ORDERED that **this action is REMANDED back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-20-814342-C, Department 15.**

The Motion to Remand **[ECF No. 16] is DENIED** as moot.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 18, 2020